**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq., Nevada Bar No. 6023
Kevin D. Everage, Esq., Nevada Bar No. 15913
Brady A. Bathke, Esq., Nevada Bar No. 16191
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone (702) 550-4400
Facsimile (844) 670-6009
Email: jkrieger@dickinson-wright.com
Email: keverage@dickinson-wright.com
Email: bbathke@dickinson-wright.com

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
Christopher Peterson, Esq., Nevada Bar No. 13932
Jacob Smith, Esq., Nevada Bar No. 16324
4362 W. Cheyenne Ave.
North Las Vegas, Nevada 89032
Telephone (702) 366-1226
Email: peterson@aclunv.org
Email: jsmith@aclunv.org

**NATIONAL ASSOCIATION OF THE DEAF**
Brittany Shrader (Admitted *pro hac vice*)
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Phone: (301) 587-2907
brittany.shrader@nad.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER JONES, | Case No: 2:24-cv-00090-ART-MDC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND ALL DEADLINES** **(FIRST REQUEST)** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation, | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendant. | |

Plaintiff Christopher Jones ("Plaintiff" or "Jones") and Defendant Las Vegas Metropolitan



1

Police Department ("Defendant" or "LVMPD") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Joint Stipulation to Extend all deadlines by an additional sixty (60) days. This is the first request to extend deadlines in this matter. The Parties have agreed to the extension for the reasons set forth below:

## PROCEDURAL BACKGROUND

Plaintiff filed his Complaint in this case on January 11, 2024. (ECF No. 1.) LVMPD filed their Answer on February 12, 2024. (ECF No. 8.)

On March 15, 2024, the Court entered an order granting the Discovery Plan and Scheduling Order. (ECF No. 12). Since that time, the parties exchanged Initial Disclosures.

## GOOD CAUSE TO EXTEND DISCOVERY

Both parties are actively engaging in discovery and will continue to do so to ensure that relevant information is obtained and exchanged in a timely manner.

The Parties have stipulated and agreed to extend all deadlines by an additional sixty (60) days as set forth below. In addition to following up on documentation produced, Plaintiff's primary counsel, Christopher Peterson, is currently on parental leave until mid-July 2024, and seeks accommodation for his absence. This extension will ensure that the case continues to progress smoothly, and to allow both sides to address issues that may arise between them. For these reasons, this stipulation is made for good cause and not for any improper motive or to cause unnecessary delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Last day to Amend Pleadings | May 28, 2024 | July 29, 2024 |
| Expert Disclosures (for party with the burden of proof on the issue) | June 27, 2024 | August 26, 2024 |
| Rebuttal Expert Disclosures | July 29, 2024 | September 27, 2024 |
| Discovery Cutoff | August 26, 2024 | October 25, 2024 |
| Dispositive Motion Deadline | September 25, 2024 | November 25, 2024 |



2

| Joint Proposed Pretrial Order | October 25, 2024 | December 24, 2024 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 28th day of May, 2024.   DATED this 28th day of May, 2024.

**DICKINSON WRIGHT PLLC**   **KAEMPFER CROWELL**

/s/ John L. Krieger   /s/ Lyssa A. Anderson
John L. Krieger, Esq.   Lyssa S. Anderson, Esq.
Kevin D. Everage, Esq.   Kristopher Kalkowski, Esq.
Brady A. Bathke, Esq.   1980 Festival Plaza Drive, Suite 650
3883 Howard Hughes Parkway, Suite 800   Las Vegas, Nevada 89135
Las Vegas, Nevada 89169-0965

*Attorneys for Defendant Las Vegas Metropolitan Police Department.*

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
Christopher Peterson, Esq.
Jacob Smith, Esq.
4362 W. Cheyenne Avenue
North Las Vegas, Nevada 89032

**NATIONAL ASSOCIATION OF THE DEAF**
Brittany Shrader, Esq.
(Admitted *Pro hac vice*)
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910

*Attorneys for Plaintiff Christopher Jones*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/31/2024

