LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>          Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation,<br><br>          Defendant. | Case No.:  2:24-cv-00090-ART-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Jones ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), through their respective counsel, that pursuant to the parties' settlement agreement all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs.  Upon the Court granting this Stipulation, all pending Motions become moot and the Clerk

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.280

Page 1 of 2

of Court shall close the case.

DATED this 11th day of February, 2025.

DICKINSON WRIGHT PLLC

 /s/ John L. Krieger
John L. Krieger (SBN 6023)
Kevin D. Everage (SBN 15913)
Brady A. Bathke (SBN 16191)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965

AMERICAN CIVIL LIBERTIES UNION OF NEVADA
Christopher Peterson (SBN 13932)
Jacob Smith (SBN 16324)
4362 W. Cheyenne Avenue
North Las Vegas, Nevada 89032

NATIONAL ASSOCIATION OF THE DEAF
Brittany Shrader *(Admitted Pro hac vice)*
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910

*Attorneys for Plaintiff Christopher Jones*

DATED this 11th day of February, 2025.

KAEMPFER CROWELL

 /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Bar 5781)
RYAN W. DANIELS (Bar 13094)
KRISTOPHER J. KALKOWSKI (Bar 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

## ORDER

**IT IS SO ORDERED.**

DATED this _____ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.280

Page 2 of 2