UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER JONES,<br><br>           Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation,<br><br>           Defendant. | Case No.:   2:24-cv-00090-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Jones ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), through their respective counsel, that pursuant to the parties' settlement agreement all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs. Upon the Court granting this Stipulation, all pending Motions become moot and the Clerk

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.280

Page 1 of 2

of Court shall close the case.

DATED this 11th day of February, 2025.                    DATED this 11th day of February, 2025.

DICKINSON WRIGHT PLLC                                      KAEMPFER CROWELL

 /s/ John L. Krieger                                                        /s/ Lyssa S. Anderson
John L. Krieger (SBN 6023)                                 LYSSA S. ANDERSON (Bar 5781)
Kevin D. Everage (SBN 15913)                               RYAN W. DANIELS (Bar 13094)
Brady A. Bathke (SBN 16191)                                KRISTOPHER J. KALKOWSKI (Bar 14892)
3883 Howard Hughes Parkway, Suite 800                      1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89169-0965                               Las Vegas, Nevada 89135

AMERICAN CIVIL LIBERTIES UNION OF NEVADA
Christopher Peterson (SBN 13932)                           **Attorneys for Defendant Las Vegas Metropolitan Police Department**
Jacob Smith (SBN 16324)
4362 W. Cheyenne Avenue
North Las Vegas, Nevada 89032

NATIONAL ASSOCIATION OF THE DEAF
Brittany Shrader *(Admitted Pro hac vice)*
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910

**Attorneys for Plaintiff Christopher Jones**

## ORDER

**IT IS SO ORDERED.**

DATED this 12th day of February, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.280

Page 2 of 2